**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DEVIN ROUSE,                               : No. 135 EM 2019
                                           :
          Petitioner       :
                                           :
                                           :
          v.              :
                                           :
                                           :
PHILADELPHIA COMMON PLEAS COURT,           :
                                           :
          Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" is DENIED.